**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DIMITRI JIKHVASHVILI** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-2272** |
| | : | |
| **JAMAL L. JAMISON** *et al* | : | |

### ORDER

This 8th day of April, 2026, after initial review of Petitioner Dimitri Jikhvashvili's Petition for Writ of Habeas Corpus, ECF 1, it is hereby **ORDERED** as follows:

1.  Respondents are **ENJOINED** from taking any action that would result in the removal of Petitioner from within the boundaries of the Eastern District of Pennsylvania, pending further Order of this Court.

2.  Respondents shall file any response to the Petition on the ECF filing system by **12:00 p.m.** on Friday, **April 10, 2026**, absent a showing that response on this expedited basis is not feasible or is unduly burdensome.

 /s/ Gerald Austin McHugh 
United States District Judge